IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01273-BNB

LEO SIMMONS,

    Applicant,

v.

TRAVIS TRANI, Warden, Denver Reception and Diagnostic Center,
JOHN SUTHERS, ATTORNEY GENERAL OF THE STATE OF COLORADO,
LT. ALIRES,
CRISS, Medical Staff,
RAY RICE, Supervisor, and
DOUG, Supervisor,

    Respondents.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Applicant has filed a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be granted.  Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, ECF No. 10, is granted.  It is

    FURTHER ORDERED that Applicant's Motion for Appointment of Conflict Free Counsel, ECF No. 13, is denied as premature.  It is

    FURTHER ORDERED that Applicant's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24, ECF No. 14, is denied


as moot. It is

FURTHER ORDERED that Applicant's Motion for Change of Address and New Address, ECF No. 21, is construed as a Notice and the Motion is terminated.

DATED August 2, 2013, at Denver, Colorado.

BY THE COURT:

 s/Boyd N. Boland
United States Magistrate Judge